The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER RUST,<br><br>Defendant. | NO. CR16-140 RSL<br><br>~~[Proposed]~~ ORDER OF RELEASE |

IT IS HEREBY ORDERED that Christopher Rust is to be continued on his current term of supervised release. IT IS FURTHER ORDERED that Mr. Rust is released with credit for time served, effective as of the date of this order.

DATED this _____11_____ day of June, 2026.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Carolyn Forstein*
CAROLYN FORSTEIN
Assistant United States Attorney

Order of Release - 1
*United States v. Rust* / CR16-140 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970